Matthew D. Parrott (MP-4623)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022
Tel:   (212) 940-8800
Fax:   (212) 940-8776
Email: m.parrott@kattenlaw.com

Attorneys for Defendants
*iStar Financial, Inc., Jay Sugarman, Jay S. Nydick, and Catherine D. Rice*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x
CITILINE HOLDINGS, INC., Individually and On Behalf of All Others Similarly Situated,

                Plaintiff,

                vs.

ISTAR FINANCIAL INC., JAY SUGARMAN, JAY S. NYDICK and CATHERINE D. RICE,

                Defendants,
------------------------------------x

08 CV 3612 (RWS)

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that we are retained by and appear as counsel for defendants iStar Financial Inc., Jay Sugarman, Jay S. Nydick and Catherine D. Rice and demand that all notices and papers herein be served on us at our address given below.

Dated: New York, New York
       June 12, 2008

                              KATTEN MUCHIN ROSENMAN LLP

                              By: _____
                                 Matthew D. Parrott (MP-4623)

                            575 Madison Avenue
                            New York, NY 10022-2585
                            Tel:   (212) 940-8800
                            Fax:   (212) 940-8776
                            Email: m.parrott@kattenlaw.com

                            *Attorneys for Defendants
                            iStar Financial Inc.; Jay Sugarman, Jay S. Nydick and Catherine D. Rice*