UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CITILINE HOLDINGS, INC., Individually and On Behalf ) Case No. 1:08-cv-03612-RWS
of All Others Similarly Situated, )
) ECF Case
Plaintiff, )
)
vs. )
) **ORDER**
ISTAR FINANCIAL, INC., JAY SUGARMAN, JAY S. )
NYDICK and CATHERINE D. RICE, )
)
Defendants. )
)
)
)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon motion of Matthew D. Parrott of Katten Muchin Rosenman LLP, attorneys for

Defendants iStar Financial, Inc., Jay Sugarman, Jay S. Nydick and Catherine D. Rice, and said

sponsor's affidavit in support;

**IT IS HEREBY ORDERED** that



    David H. Kistenbroker
    KATTEN MUCHIN ROSENMAN LLP
    525 West Monroe Street, Suite 1900
    Chicago, Illinois 60661
    Tel:   (312) 902-5452
    Fax:  (312) 577-4481
    david.kistenbroker@kattenlaw.com

is admitted, *pro hac vice*, as counsel for Defendants iStar Financial, Inc., Jay Sugarman, Jay S.

Nydick and Catherine D. Rice in the above-captioned case in the United States District Court for

the Southern District of New York. All attorneys appearing before this Court are subject to the

Local Rules of this Court, including rules governing discipline of attorneys. As this action is

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York

      6-24, 2008

                                      Hon. Robert W. Sweet, U.S.D.J.