UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CITILINE HOLDINGS, INC., Individually and On Behalf of All Others Similarly Situated, | Case No. 1:08-cv-03612-RWS |
| | ECF Case |
| Plaintiff, | |
| vs. | |
| | **ORDER** |
| ISTAR FINANCIAL, INC., JAY SUGARMAN, JAY S. NYDICK and CATHERINE D. RICE, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon motion of Matthew D. Parrott of Katten Muchin Rosenman LLP, attorneys for Defendants iStar Financial, Inc., Jay Sugarman, Jay S. Nydick and Catherine D. Rice, and said sponsor's affidavit in support;

**IT IS HEREBY ORDERED** that



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 6/26/08

Theresa L. Davis
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street, Suite 1900
Chicago, Illinois 60661
Tel:   (312) 902-5206
Fax:  (312) 577-4725
theresa.davis@kattenlaw.com

is admitted, *pro hac vice*, as counsel for Defendants iStar Financial, Inc., Jay Sugarman, Jay S. Nydick and Catherine D. Rice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including rules governing discipline of attorneys. As this action is

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
      6·24 , 2008

_____
Hon. Robert W. Sweet, U.S.D.J.

50486919v1