```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

CITILINE HOLDINGS, INC.,

                    Plaintiff,            08 Civ. 3612 (RWS)

     - against -                          O R D E R

ISTAR FINANCIAL INC., et al.,

                    Defendants.

------------------------------------------X
```

**Sweet, D.J.,**

      Plaintiff's Motion for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel will be heard on submission on Wednesday, July 9, 2008. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

**New York, NY**
**June 19, 2008**

                                    ROBERT W. SWEET
                                        U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08