## MEMORANDUM

To:      Docketing

From:    Judge Robert W. Sweet

Date:    June 27, 2008

Re:      Citiline Holdings, Inc. v. iStar Financial, Inc.,
         08 Civ. 3612 (RWS)

-----------------------------------------------------------------

The order dated June 19, 2008, and docketed June 26, 2008, scheduling plaintiff's motion to amend first complaint to be heard on submission on July 2, 2008, was docketed in error and should be removed from the docket for the above-referenced case.

Robert W. Sweet
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08