USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 5/26/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITILINE HOLDINGS, *et al.*,

          Plaintiffs,

  -v-

ISTAR FINANCIAL, *et al.*,

          Defendants.

No. 08 Civ. 3612 (RJS)
ORDER

CHRISTENSON, *et al.*,

          Plaintiffs,

  -v-

ISTAR FINANCIAL, *et al.*,

          Defendants.

No. 08 Civ. 3879 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that the May 27, 2009 conference with the Court is canceled.

SO ORDERED.

DATED:     May 26, 2009
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE