Matthew D. Parrott (MDP-4623)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022
(212) 940-8800

Attorneys for Defendants
*iStar Financial, Inc., Jay Sugarman, Nicholas A. Radesca,*
*Catherine D. Rice and Timothy J. O'Conner*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – x
CITILINE HOLDINGS, INC., ET AL., Individually and
On Behalf of All Others Similarly Situated,

                                vs.

ISTAR FINANCIAL, INC., et al.,

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – x

Case No. 1:08-cv-03612-RJS
(Consolidated)

ECF Case

**NOTICE OF MOTION TO**
**ADMIT ALYX S. PATTISON**
***PRO HAC VICE***

    **PLEASE TAKE NOTICE** that, upon the attached Affidavit of Matthew D. Parrott, dated April 8, 2010 and the exhibits attached thereto, and upon all prior pleadings and proceedings had herein, defendants iStar Financial, Inc., Jay Sugarman, Nicholas A. Radesca, Catherine D. Rice and Timothy J. O'Conner will move this Court before the Honorable Richard J. Sullivan, at the United States Courthouse, 500 Pearl St., New York, New York, for an Order pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, allowing the admission *pro hac vice* of

    Ms. Alyx S. Pattison
    KATTEN MUCHIN ROSENMAN LLP
    525 West Monroe Street, Suite 1900
    Chicago, Illinois 60661
    Tel:    (312) 902-5549
    Fax:    (312) 577-4557
    alyx.pattison@kattenlaw.com

Alyx S. Pattison is an associate of the law firm of Katten Muchin Rosenman LLP and a member in good standing of the Bar of the State of Illinois and the United States District Court for the Northern District of Illinois.  There is no pending disciplinary proceeding against Ms. Pattison in any State or Federal Court.

Dated: New York, New York
      April 8, 2010

KATTEN MUCHIN ROSENMAN, LLP

By: _____
      Matthew D. Parrott (MDP-4623)

575 Madison Avenue
New York, NY 10022
Tel: (212) 940-8800
Fax: (212) 940-8776
m.parrott@kattenlaw.com

Attorney for Defendants iStar Financial,
Inc., Jay Sugarman, Nicholas A. Radesca,
Catherine D. Rice, and Timothy J. O'Conner

*Served on:*

Jack G. Fruchter
Abraham, Fruchter & Twersky
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
Tel:  (212) 279-5050
Fax:  (212) 279-3655

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
Tel: (516) 741-4977
Fax: (516) 741-0626

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman &
 Robbins LLP
58 South Service Road, Suite 200

Melville, NY  11747
Tel:  (631) 367-7100
Fax:  (631) 367-1173

Ramzi Abadou
Coughlin Stoia Geller Rudman &
Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Tel:  (619) 231-1058
Fax:  (619) 231-7423

Richard A. Maniskas
D. Seamus Kaskela
David M. Promisloff
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056

KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022
(212) 940-8800

Attorneys for Defendants
*iStar Financial, Inc., Jay Sugarman, Nicholas A. Radesca,*
*Catherine D. Rice and Timothy J. O'Conner*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – x

| | |
|---|---|
| CITILINE HOLDINGS, INC., ET AL., Individually and On Behalf of All Others Similarly Situated, | Case No. 1:08-cv-03612-RJS (Consolidated) |
| | ECF Case |
| vs. | **AFFIDAVIT OF MATTHEW D. PARROTT IN SUPPORT OF ADMISSION OF ALYX S. PATTISON *PRO HAC VICE*** |
| ISTAR FINANCIAL, INC., et al., | |

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – x

**MATTHEW D. PARROTT**, being duly sworn, hereby deposes and says:

1.     I am a partner of the law firm Katten Muchin Rosenman LLP, counsel for Defendants iStar Financial, Inc., Jay Sugarman, Nicholas A. Radesca, Catherine D. Rice and Timothy J. O'Conner (collectively, the "iStar Defendants") in the above-captioned action. I am familiar with the proceedings in this case. I submit this affidavit in support of the iStar Defendants' motion, pursuant to Rule 1.3(c) of the Local Rules of this Court, for admission of Alyx S. Pattison to the Bar of this Court *pro hac vice*.

2.     I am a member in good standing of the Bar of the State of New York, and was admitted to practice law on June 25, 1997. I am also admitted to the Bar of the United States District Court for the Southern and Eastern Districts of New York and the Courts of Appeals for the Second and Sixth Circuits. I am in good standing with this Court.

3.     Ms. Pattison is an associate of Katten Muchin Rosenman LLP, which has offices at 525 West Monroe Street, Suite 1900, Chicago, Illinois 60661. I believe that she is of, and will

act with, the highest integrity.  Ms. Pattison is a member in good standing of the Bar of the State of Illinois and the United States District Courts for the Northern District of Illinois.

4.      Attached hereto as Exhibit "A" is an affidavit from Ms. Pattison and a Certificate from the State Bar of the State of Illinois reflecting that Ms. Pattison is an active member in good standing of that Bar.

5.      Accordingly, I respectfully request that this Court enter an order admitting Alyx S. Pattison *pro hac vice* to the Bar of this Court.  Attached hereto as Exhibit "B" is a proposed Order granting Ms. Pattison's admission.

_____
Matthew D. Parrott

Sworn to before me this
8 th day of April 2010

_____
Notary Public

CAMERON BALAHAN
NOTARY PUBLIC, State of New York
No. 02BA6211726
Qualified in New York County
Commission Expires Sept. 21, 2013

**EXHIBIT "A"**

KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022
(212) 940-8800

Attorneys for Defendants
*iStar Financial, Inc., Jay Sugarman, Nicholas A. Radesca,*
*Catherine D. Rice and Timothy J. O'Conner*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x

| | |
|---|---|
| CITILINE HOLDINGS, INC., ET AL., Individually and On Behalf of All Others Similarly Situated, | )  Case No. 1:08-cv-03612-RJS<br>)  (Consolidated)<br>)<br>)  ECF Case |
| vs. | )<br>)  **AFFIDAVIT OF ALYX S.**<br>)  **PATTISON IN SUPPORT OF**<br>)  **ADMISSION *PRO HAC VICE*** |
| ISTAR FINANCIAL, INC., et al., | )<br>)<br>)<br>)<br>) |

---------------------------------- x

**ALYX S. PATTISON**, being duly sworn, deposes and says:

1.      I submit this affidavit in support of the motion that I be permitted to appear *pro hac vice* in this case.

2.      I am an associate of the law firm Katten Muchin Rosenman LLP, counsel for Defendants iStar Financial, Inc., Jay Sugarman, Nicholas A. Radesca, Catherine D. Rice and Timothy J. O'Conner (collectively, the "iStar Defendants") in the above-captioned action.

3.      I am a member in good standing of the Bar of the State of Illinois and the United States District Courts for the Northern District of Illinois.

4.      Attached hereto as Exhibit "A" is a Certificate from the State Bar of the State of Illinois reflecting that I am an active member in good standing of that Bar.

5.      There are no disciplinary proceedings pending against me in any jurisdiction nor have I ever been the subject of any disciplinary hearing.

      6.     I am familiar with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York and am willing and able to comply with each of the Rules

Alyx S. Pattison

Sworn to before me this
_____ 8 day of _april_____, 2010

Cynthia M. Jukovich
Notary Public

"OFFICIAL SEAL"
Cynthia M. Jukovich
Notary Public, State of Illinois
My Commission Expires June 23, 2012

**EXHIBIT "A"**



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Alyx S. Pattison
Katten Muchin Rosenman LLP
525 West Monore Street
Chicago, IL  60661

Chicago
Thursday, April 01, 2010

Re:   Alyx Siobhan Pattison
      Attorney No. 6280838

To Whom It May Concern:

        We have received a request for written verification of the status of Alyx Siobhan Pattison for use by officials responsible for the review of the attorney's application for admission to the bar of another jurisdiction, or for a judicial position or for government employment.  We have also received a Waiver and Authorization signed by the attorney.  Pursuant to Commission policy, the following information is provided.

        The records of the Clerk of the Supreme Court of Illinois and of this office reflect that Alyx Siobhan Pattison was admitted to practice law in Illinois on 11/6/2003; is currently registered with this Commission and in good standing as an Illinois attorney; has never been disciplined or the subject of a disciplinary proceeding in this state; and is not the subject of any pending disciplinary investigations.

                                        Very truly yours,
                                        Jerome Larkin
                                        Administrator

                                        By:
                                            Darryl R. Evans
                                            Deputy Registrar

DRE

EXHIBIT "B"

KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022
(212) 940-8800

Attorneys for Defendants
*iStar Financial, Inc., Jay Sugarman, Nicholas A. Radesca,*
*Catherine D. Rice and Timothy J. O'Conner*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – x

| | |
|---|---|
| CITILINE HOLDINGS, INC., ET AL., Individually and On Behalf of All Others Similarly Situated, ) ) ) | Case No. 1:08-cv-03612-RJS (Consolidated) |
| ) | ECF Case |
| vs. ) | **PROPOSED ORDER** |
| ISTAR FINANCIAL, INC., et al., ) ) ) ) ) ) | |

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – x

Upon motion of Matthew D. Parrott of Katten Muchin Rosenman LLP, attorneys for Defendants iStar Financial, Inc., Jay Sugarman, Nicholas A. Radesca, Catherine D. Rice and Timothy J. O'Conner, and said sponsor's affidavit in support;

**IT IS HEREBY ORDERED** that

Ms. Alyx S. Pattison
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street, Suite 1900
Chicago, Illinois 60661
Tel:    (312) 902-5549
Fax:    (312) 577-4557
alyx.pattison@kattenlaw.com

is admitted to this court, *pro hac vice,* as counsel for Defendants iStar Financial, Inc., Jay Sugarman, Nicholas A. Radesca, Catherine D. Rice and Timothy J. O'Conner in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including rules

governing discipline of attorneys.  As this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.  Counsel shall forward the *pro hac vice* fee to the Clerk of Court.


ENTERED:


_____

Hon. Richard J. Sullivan, U.S.D.J.

STATE OF NEW YORK   )
                       :   ss.:    AFFIDAVIT OF SERVICE BY MAIL
COUNTY OF NEW YORK  )

DARIEN PEREYRA, being duly sworn, deposes and says:

1.     I am not a party to this action, am over 18 years of age, and am employed by the firm of Katten Muchin Rosenman LLP.

2.     On the 12th day of April, 2010, I served the annexed **NOTICE OF MOTION TO ADMIT ALYX S. PATTISON PRO HAC VICE; AFFIDAVIT OF MATTHEW D. PARROTT IN SUPPORT; AFFIDAVIT OF ALYX S. PATTISON IN SUPPORT; and PROPOSED ORDER** in this action, upon the following at the addresses indicated, by depositing true copies thereof, enclosed in properly addressed postpaid wrappers marked first class mail, in an official depository of the United States Postal Service within the State of New York:

**SEE ATTACHED SERVICE LIST**

_DARIEN PEREYRA_

Sworn to before me this
12th day of April, 2010

Notary Public

STEVEN GREER
Notary Public, State of New York
No. 01GR6033269
Qualified in New York County
Commission Expires November 15, 2013

41327662.01
NYC01_84325409_1 4/9/2010

SERVICE LIST

Jack G. Fruchter
Abraham, Fruchter & Twersky
One Pennsylvania Plaza, Suite 2805
New York, NY 10119

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

Richard A. Maniskas
D. Seamus Kaskela
David M. Promisloff
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY 11501

Ramzi Abadou
Coughlin Stoia Geller Rudman &
Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101