UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITILINE HOLDINGS, INC., Individually and On Behalf of All Others Similarly Situated, : Plaintiff, vs. ISTAR FINANCIAL INC., et al., Defendants. | Civil Action No. 1:08-cv-03612-RJS **(Consolidated)** <u>CLASS ACTION</u> |

LEAD PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT

745382_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Settlement Agreement with exhibits, and all prior proceedings had herein, Lead Plaintiffs, by and through their attorneys, hereby move the Court, before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for an order granting preliminary approval of the proposed settlement of this putative securities class action, pursuant to Federal Rule of Civil Procedure 23(e).

DATED: September 7, 2012                  Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
FAINNA KAGAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
rrothman@rgrdlaw.com
fkagan@rgrdlaw.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
ELLEN GUSIKOFF STEWART

                s/ Ellen Gusikoff Stewart
            ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

- 1 -

745382_1

ABRAHAM FRUCHTER & TWERSKY LLP
JACK G. FRUCHTER
LAWRENCE D. LEVIT
ARTHUR J. CHEN
One Pennsylvania Plaza, Suite 2805
New York, NY  10119
Telephone:  212/279-5050
212/279-3655 (fax)

Co-Lead Counsel for Plaintiffs

ROBERT M. CHEVERIE & ASSOCIATES
GREGORY CAMPORA
Commerce Center One
333 E. River Drive, Suite 101
East Hartford, CT  06108
Telephone:  860/290-9610

Additional Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 7, 2012.

          s/ Ellen Gusikoff Stewart
          ELLEN GUSIKOFF STEWART

          ROBBINS GELLER RUDMAN
               & DOWD LLP
          655 West Broadway, Suite 1900
          San Diego, CA  92101-3301
          Telephone:  619/231-1058
          619/231-7423 (fax)

          E-mail: elleng@rgrdlaw.com

## Mailing Information for a Case 1:08-cv-03612-RJS

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@rgrdlaw.com,e_file_ny@rgrdlaw.com,drosenfeld@rgrdlaw.com

- **Christopher Michael Barrett**
  cbarrett@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Arthur J. Chen**
  achen@aftlaw.com

- **Theresa Lynn Davis**
  t.davis@loeb.com,chdocket@loeb.com,mteel@loeb.com,mjawor@loeb.com

- **Jack Gerald Fruchter**
  jfruchter@aftlaw.com

- **Fainna Kagan**
  fkagan@csgrr.com

- **D. Seamus Kaskela**
  skaskela@ktmc.com

- **David H. Kistenbroker**
  david.kistenbroker@dechert.com,nycmanagingclerks@dechert.com

- **Lawrence Donald Levit**
  llevit@aftlaw.com

- **Matthew David Parrott**
  m.parrott@kattenlaw.com,sherina.maye@kattenlaw.com,patrick.smith@kattenlaw.com,dawn.dalloz@kattenlaw.com,alyx.pattison@kattenlaw.com,pamela.smith@katte

- **Alyx Siobhan Pattison**
  alyx.pattison@kattenlaw.com,carl.volz@kattenlaw.com

- **Alfred Robert Pietrzak**
  rpietrzak@sidley.com,nyefiling@sidley.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Robert M. Rothman**
  rrothman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Evan J. Smith**
  esmith@brodsky-smith.com

- **Pamela Gregory Smith**
  pamela.smith@kattenlaw.com

- **Carl E. Volz**
  carl.volz@kattenlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Ellen Gusikoff Stewart
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Richard A. Maniskas
Schiffrin & Barroway L.L.P.
280 King of Prussia Road
Radnor, PA 19087

David M. Promisloff
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
```