UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
CITILINE HOLDINGS, INC., Individually : Civil Action No. 1:08-cv-03612-RJS
and On Behalf of All Others Similarly Situated, : **(Consolidated)**
:
Plaintiff, : <u>CLASS ACTION</u>
:
vs. : LEAD PLAINTIFFS' NOTICE OF MOTION
: AND MOTION FOR FINAL APPROVAL OF
ISTAR FINANCIAL INC., et al., : SETTLEMENT AND PLAN OF
: ALLOCATION OF SETTLEMENT
Defendants. : PROCEEDS, AND AWARD OF
: ATTORNEYS' FEES AND EXPENSES
---------------------------------------------------------------x

PLEASE TAKE NOTICE that upon: (i) the Declaration of Robert M. Rothman affirmed on March 1, 2013; (ii) the Declaration of Samuel H. Rudman affirmed on March 1, 2013, (iii) the Declaration of Jack G. Fruchter affirmed on February 26, 2013, (iv) the Settlement Agreement dated September 5, 2012 and the Exhibits annexed thereto, (v) Lead Plaintiffs' Memorandum of Law in Support of Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds, (vi) Co-Lead Counsel's Memorandum of Law in Support of Motion for an Award of Attorneys' Fees and Expenses, and (vii) all other proceedings herein, Lead Plaintiffs will move this Court, before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York on April 5, 2013, at 11:30 a.m., for entry of orders and judgments pursuant to Rule 23 of the Federal

817949_1

Rules of Civil Procedure (1) finally approving the settlement of the captioned litigation, (2) approving the Plan of Allocation of settlement proceeds, and (3) awarding Co-Lead Counsel attorneys' fees of 30% of the Settlement Fund, plus expenses and charges in the litigation.

DATED: March 1, 2013

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN


                    s/ Samuel H. Rudman
                 SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
rrothman@rgrdlaw.com

ABRAHAM FRUCHTER & TWERSKY LLP
JACK G. FRUCHTER
LAWRENCE D. LEVIT
ARTHUR J. CHEN
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
Telephone: 212/279-5050
212/279-3655 (fax)

Co-Lead Counsel for Plaintiffs

ROBERT M. CHEVERIE & ASSOCIATES
GREGORY CAMPORA
Commerce Center One
333 E. River Drive, Suite 101
East Hartford, CT 06108
Telephone: 860/290-9610

Additional Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 1, 2013.

                                        s/ Samuel H. Rudman
                                        SAMUEL H. RUDMAN

                                        ROBBINS GELLER RUDMAN
                                                  &DOWD LLP
                                        58 South Service Road, Suite 200
                                        Melville, NY 11747
                                        Telephone: 631/367-7100
                                        631/367-1173 (fax)

                                        E-mail: srudman@rgrdlaw.com

17949_1

## Mailing Information for a Case 1:08-cv-03612-RJS

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@rgrdlaw.com,e_file_ny@rgrdlaw.com,drosenfeld@rgrdlaw.com

- **Christopher Michael Barrett**
  cbarrett@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Arthur J. Chen**
  achen@aftlaw.com

- **Theresa Lynn Davis**
  tdavis@reedsmith.com,mjawor@reedsmith.com

- **Jack Gerald Fruchter**
  jfruchter@aftlaw.com

- **Fainna Kagan**
  fkagan@csgrr.com

- **D. Seamus Kaskela**
  skaskela@ktmc.com

- **David H. Kistenbroker**
  david.kistenbroker@dechert.com,nycmanagingclerks@dechert.com,nicole.ladue@dechert.com

- **Lawrence Donald Levit**
  llevit@aftlaw.com

- **Matthew David Parrott**
  m.parrott@kattenlaw.com,sherina.maye@kattenlaw.com,patrick.smith@kattenlaw.com,dawn.dalloz@kattenlaw.com,alyx.pattison@kattenlaw.com,pamela.smith@katte

- **Alyx Siobhan Pattison**
  alyx.pattison@kattenlaw.com,carl.volz@kattenlaw.com

- **Alfred Robert Pietrzak**
  rpietrzak@sidley.com,nyefiling@sidley.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Robert M. Rothman**
  rrothman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Evan J. Smith**
  esmith@brodsky-smith.com

- **Pamela Gregory Smith**
  pamela.smith@kattenlaw.com

- **Ellen Anne Gusikoff Stewart**
  elleng@rgrdlaw.com

- **Carl E. Volz**
  carl.volz@kattenlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Ellen Gusikoff Stewart
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Richard A. Maniskas
Schiffrin & Barroway L.L.P.
280 King of Prussia Road
Radnor, PA 19087

David M. Promisloff
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
```